SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MARIO MENDOZA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA,<br><br>                 Plaintiff,<br><br>      vs.<br><br>MARIJUANA MEDICAL CENTER INC. D/B/A HOUSE OF FIRE; DAE ENTERPRISE LLC; and DOES 1 to 10,<br><br>                 Defendants. | **Case No.: 2:24-cv-09329-MWF (MAAx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MARIJUANA MEDICAL CENTER INC. D/B/A HOUSE OF FIRE** |

**PLEASE TAKE NOTICE** that Plaintiff MARIO MENDOZA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant MARIJUANA MEDICAL CENTER INC. D/B/A HOUSE OF FIRE ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

      (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

            (i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  January 27, 2025         SO. CAL. EQUAL ACCESS GROUP


By:     */s/  Jason J. Kim*

         Jason J. Kim
         Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**